IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FFGGP, INC., AS TRUSTEE<br>　　Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:16-CV-0742-M |
| DEUTSCHE BANK NATIONAL<br>TRUST COMPANY,<br>　　Defendant. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion for Summary Judgment on Subordination Issue, Doc. 36, is GRANTED and Plaintiff's last remaining quiet title claim based on the purported seniority of the Assessment Lien is DISMISSED WITH PREJUDICE.

**SO ORDERED** this 24th day of August, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE